## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, and PRUCO SECURITIES, LLC, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>BARRY A. HOSTO, )<br><br>Defendant. ) | Case No. 08-CV-0674-MJR |

### ORDER STAYING CASE

**REAGAN, District Judge:**

Prudential filed this action on September 25, 2008 (Doc. 2). On October 20, 2008, the parties filed a joint motion to stay this case pending the conclusion of related arbitration proceedings (Doc. 25). A stay will serve the interests of judicial economy and preserve the resources of the parties in this case. The Court does not wish to address issues that may be resolved in the ongoing arbitration proceedings. Therefore, the Court finds that a stay is warranted at this time. However, the parties have a duty to keep the Court apprised of the status and development of the arbitration proceedings.

Accordingly, the Court **GRANTS** the parties' motion to stay (Doc.25) and **STAYS** this case. The Court **DIRECTS** Prudential to file a status report on December 1, 2008, and every two months thereafter. Questions regarding this Order may be addressed Judge Reagan's law clerk, David Pfeffer, at 618-482-9424.

**IT IS SO ORDERED.**

**DATED this 6th day of November 2008.**

> s/ Michael J. Reagan
> **MICHAEL J. REAGAN**
> **United States District Judge**